EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Extensión de término concedido al Panel de la Rama Judicial para someter el informe final sobre selección del o la representante de la ciudadanía en la Junta de Subastas de la Rama Judicial | 2018 TSPR 24<br><br>199 DPR ____ |

Número del Caso: EM-2018-05

Fecha: 20 de febrero de 2017

Materia: Resolución del Tribunal

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re*:

Extensión de término concedido
al Panel de la Rama Judicial
para someter el informe final
sobre selección del o la
representante de la ciudadanía
en la Junta de Subastas de la
Rama Judicial.

EM-2018-05

RESOLUCIÓN

En San Juan, Puerto Rico, a 20 de febrero de 2018.

Mediante la Resolución ER-2017-3, emitida el 30 de mayo de 2017, aprobamos el *Proceso para la selección por convocatoria abierta y normas para la destitución del o de la representante de la ciudadanía ante la Junta de Subastas de la Rama Judicial* (Proceso). Dicha Reglamentación dispone el trámite a seguir para seleccionar a las personas cualificadas y realizar un sorteo para elegir al o a la representante de la ciudadanía quien pasaría a formar parte de la Junta de Subastas de la Rama Judicial.

El Art. VII (C)(1) del *Proceso* dispone que el Panel de la Rama Judicial creado en el Artículo V del *Reglamento de Subastas de la Rama Judicial* someterá al Tribunal, en un término de 60 días, un informe final en el cual certificará que se cumplió con todas las normas establecidas en este *Proceso*.

El 31 de enero de 2018 los miembros de dicho Panel solicitaron prórroga para completar su encomienda, toda vez que sus diversas funciones le impedían cumplir responsablemente con la misma, en el plazo reglamentario. Evaluada esta petición, se concede al Panel hasta el 1 de marzo de 2018 para someter su informe final.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.


Juan Ernesto Dávila Rivera
Secretario del Tribunal Supremo